JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR15-147-RAJ |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING UNOPPOSED MOTION FOR TERMINATION OF SUPERVISED RELEASE EFFECTIVE MAY 23, 2017 |
| ARVIN SEXTON, | ) | |
| Defendant. | ) | |

THIS MATTER has come before the Court on Arvin Sexton's unopposed motion to terminate his supervised release effective May 23, 2017. The Court, having reviewed the motion, records, and files herein, as well as the factors set forth in 18 U.S.C. § 3553(a),

NOW ORDERS that Defendant's Unopposed Motion (Dkt. #54) is GRANTED. Defendant Arvin Sexton's term of supervised release shall be terminated pursuant to 18 U.S.C. § 3583(e) on May 23, 2017.

DATED this 5th day of May, 2017.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER FOR TERMINATION
OF SUPERVISED RELEASE
(*Arvin Sexton*, CR15-147-RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**